PD-15-0078
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/11/2015 3:33:28 PM
Accepted 6/15/2015 7:50:34 AM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS
No. PD-15-0078**

**JOSE VASQUEZ**

V.

**THE STATE OF TEXAS**

On Appeal From the Fourteenth
Court of Appeals
No. 14-12-00096-CR

## APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

Jose Vasquez, Appellant in the above cause, would respectfully request that the Court grant his motion to extend the time to file his brief. In support of said motion, Appellant would show unto the Court the following:

I.

This appeal lies from the Appellant's conviction in *The State of Texas v. Jose Vasquez,* cause number 1333231 in the 228th District Court of Harris County, Texas. The Appellant was charged with capital murder on January 12, 2012, and was found guilty on January 26, 2012 following a jury trial. The Appellant was sentenced to life imprisonment without the possibility of parole in the Texas Department of Corrections – Institutional Division. No post judgment motions were filed.

II.

The Fourteenth Court of Appeals reversed the Appellant's conviction in an opinion dated March 28, 2013. This Court granted the State's Petition for Discretionary Review, and remanded the case to the trial court for findings of fact and conclusions of law. The

Fourteenth Court of Appeals again reversed the Appellant's conviction in a second opinion dated December 13, 2014. This Court granted review on the State's Petition for Discretionary Review for a second time on April 15, 2015. No previous extensions have been requested.

III.

The original deadline for the filing of the Appellant's brief on the merits in this case was June 11, 2015. The reason for this extension request is that the undersigned attorney has been extremely busy with other appeals and various other matters which have left him unable to finish the brief on the merits on time, including, but not limited to, the following:

1. A hearing on a Motion for New Trial in *Sylvia Collins v. State of Texas*, cause number 1390220, which was held on June 1, 2015;

2. A direct appeal brief in *Andrew Ealy v. State of Texas*, cause number 1385088, which was submitted on June 8, 2015;

3. A direct appeal brief in *Jeremy Washington v. State of Texas*, cause number 1862655, which is due on June 15, 2015;

4. A direct appeal brief in *Weylin Alford v. State of Texas*, cause number 1450840, which is due on June 22, 2015;

5. A direct appeal brief in *Roy Vasquez v. State of Texas*, cause number 1437421, which is due on July 10, 2015.

III.

An extension of time is necessary so that the brief can be timely filed. This motion is not made for the purpose of delay. If this extension is granted, the brief will be filed by July 10, 2015, and no further extensions will be required.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Brief in the above cause and extend the time for filing the brief for thirty (30) days, to July 10, 2015.

Respectfully submitted,

Alexander Bunin
Chief Public Defender

/s Mark Kratovil
Mark Kratovil
State Bar No. 24076098
Harris County Public Defender's Office
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, Texas 77002
Tel: (713)274-6728
e-Fax: (713)437-4339

## CERTIFICATE OF SERVICE

I certify that on June 11, 2015, a copy of the foregoing instrument has been served upon the State of Texas by electronic delivery through eFile Texas to Eric Kugler at the Appellate Division of the Harris County District Attorney's Office.

/s Mark Kratovil
MARK KRATOVIL